IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY BREAREY, | CIVIL ACTION |
| *Plaintiff*, | |
| v. | No. 17-cv-2108 |
| MEGAN BRENNAN, | |
| *Defendant*. | |

## ORDER

**AND NOW,** this 3rd day of January, 2019, upon consideration of Defendant Megan Brennan's "Motion for Summary Judgment" (ECF No. 20), Plaintiff's Response in Opposition (ECF No. 21), and Defendant's Reply thereto (ECF No. 22), and for the reasons set forth in this Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. The Clerk of Court is directed to mark this action **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg

MITCHELL S. GOLDBERG, J.